**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MELISSA JO COOK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:08CV1486MLM** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered

for Defendant Jo Anne B. Barnhart, the Commissioner of Social Security, and against Plaintiff

Melissa Jo Cook and that Plaintiff's Complaint is **DISMISSED**, with prejudice. Doc. 1.

/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of July, 2009.